# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

MICHAEL ESTRADA,

                                             Case No.: 1:24-CV-02562-MHC

       Plaintiff,

v.

MAVIS TIRE SUPPLY, LLC,
a Foreign Limited Liability Company,
d/b/a Mavis,

       Defendant.
_____/

## NOTICE OF SETTLEMENT

      Plaintiff, Michael Estrada hereby notifies the Court that the parties have reached a confidential agreement to fully resolve all matters related to this civil action and are currently working on the final details of the settlement. The parties respectfully move the Court to stay the instant case so they can finalize their settlement.

      Respectfully submitted this 27th day of August 2024.

                                               *s/ Matthew N. Pope*
                                               Matthew N. Pope
                                               Georgia Bar No. 584216
                                             **MATTHEW N. POPE, P.C.**
                                             900 2nd Avenue
                                             Columbus, Georgia 31902
                                             Tel.: (706) 324-2521
                                             matt@mpopelaw.com

*Counsel for Plaintiff Michael Estrada*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 27, 2024, a copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Matthew N. Pope*
Matthew N. Pope