IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL ESTRADA,<br><br>Plaintiff,<br><br>v.<br><br>MAVIS TIRE SUPPLY, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br>No. 1:24-cv-2794-TCB |

## **O R D E R**

The parties having announced that this case has settled, the Court hereby DIRECTS the Clerk to administratively close the case. The parties shall file a dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

---

[1] Administratively closing a case is a docket control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. In addition, this Order will not prejudice the rights of the parties to this litigation in any manner.

IT IS SO ORDERED this 28th day of August, 2024.

_____
Timothy C. Batten, Sr.
Chief United States District Judge